B6B (Official Form 6B) (12/07)

In re  **Lori Katherine Hammond,**  
       **William Michael Hammond**

Case No. __15-33894__

Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | Location: 12406 Wadsworth Lane, Spotsylvania VA 22551 | J | 10.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Union First Market Bank Checking account #7487 PO Box 940 Ruther Glen, VA 22546 | J | 3,500.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | Living Room (Couch, Bookcase, Desk, Chair, Table, Lamp, TV stand, TV, Stereo) Dining Room (Table, Chairs, China Closet, Silverware, Pictures) Bedrooms (Beds, Dressers, Chest of Drawers, Desk, Mirror, Lamp, Pictures) Kitchen (Microwave, Refrigerator, Dishwasher, Stove, Dishes, Cookware, Flatware, Utensils, Clothes Washer, Dryer) Other Misc (Decorative Clock, Decorative Pillow, Collectable NASCAR toy cars, Computer, Printer, Game Table, Vacuum Cleaner, Air conditioner, Tools, Lawn Mower) Location: 12406 Wadsworth Lane, Spotsylvania VA 22551 | J | 1,594.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |

Sub-Total >       **5,104.00**
(Total of this page)

__4__ continuation sheets attached to the Schedule of Personal Property

In re    **Lori Katherine Hammond,**                                          Case No.   **15-33894**
       **William Michael Hammond**

Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 6. | Wearing apparel. | | **Misc Men and Woman Clothing**<br><br>**Location: 12406 Wadsworth Lane, Spotsylvania VA 22551** | J | 200.00 |
| 7. | Furs and jewelry. | | **Various inexpensive necklaces and wedding bands**<br><br>**Location: 12406 Wadsworth Lane, Spotsylvania VA 22551** | J | 100.00 |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Aetna Life Insurance<br>151 Farmington Ave<br>Hartford, CT 06156**<br><br>**No cash value** | J | Unknown |
| | | | **Birmingham Green Term life insurance<br>Basic Life**<br><br>**8605 Centreville Road<br>Manassas, VA 20110** | J | Unknown |
| 10. | Annuities. Itemize and name each issuer. | X | | | |
| 11. | Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. | Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **VRS - Virginia Retirement Summary<br>1200 East Main Street, Richmond, VA 23219** | J | 37,910.70 |
| 13. | Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. | Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. | Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |

                                                                                                 Sub-Total >     **38,210.70**
                                                                         (Total of this page)

Sheet  **1**  of  **4**  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Lori Katherine Hammond,**
**William Michael Hammond**

Case No. **15-33894**

Debtors

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |

Sub-Total > **0.00**
(Total of this page)

Sheet __2__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Lori Katherine Hammond,**  
        **William Michael Hammond**  
                                    Debtors

Case No.   **15-33894**

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1999 Volkwagon Passat<br>VIN WVWMA63B7XE223194<br>Mileage:<br><br>Poor condition, does not run<br><br>Location: 12406 Wadsworth Lane, Spotsylvania VA 22551 | J | 500.00 |
| | | 2010 Mitsubishi Outlander Sport Utility<br>VIN JA4AS2AW9AZ001863<br>Mileage:136,381<br><br>Location: 12406 Wadsworth Lane, Spotsylvania VA 22551 | J | 5,497.00 |
| | | 2013 Nissan Altima Sedan<br>VIN 1N4AL3AP9DC913584<br>Mileage:<br>Location: 12406 Wadsworth Lane, Spotsylvania VA 22551 | J | 12,856.00 |
| | | 1997 Haulin Trailer<br>VIN 4K2UF0713VM054475<br><br>Location: 12406 Wadsworth Lane, Spotsylvania VA 22551 | J | 150.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

                                                     Sub-Total >        **19,003.00**
                                                (Total of this page)

Sheet   **3**   of   **4**   continuation sheets attached  
to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

In re    **Lori Katherine Hammond,**                      Case No.    __15-33894__
       **William Michael Hammond**

Debtors

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | | Sockets, Wrenches, Jacks<br><br>Location: 12406 Wadsworth Lane, Spotsylvania VA 22551 | J | 100.00 |

 

Sub-Total >    **100.00**
(Total of this page)
Total >    **62,417.70**

Sheet __4__ of __4__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)