# United States Bankruptcy Court
## Eastern District of Virginia

In re: **Lori Katherine Hammond / William Michael Hammond**, Debtor(s)

Case No. **15-33894**
Chapter **7**

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I certify under penalty of perjury that the foregoing is true and correct.

Date **October 9, 2015**   Signature **/s/ Lori Katherine Hammond**
Lori Katherine Hammond
Debtor

Date **October 9, 2015**   Signature **/s/ William Michael Hammond**
William Michael Hammond
Joint Debtor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571