UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
IN RE:                              )
                                    )   Chapter 7
LORI KATHERINE HAMMOND &            )   Case Number 15-33894-KLP
WILLIAM MICHAEL HAMMOND,            )
                                    )
     Debtors.                       )
                                    )
JUDY A. ROBBINS, United States      )
     Trustee for Region Four        )
                                    )
     Movant,                        )
                                    )
v.                                  )
                                    )
RACHAEL HAMMER,                     )
THE BURGER LAW FIRM, LLC            )
PRINCE LAW, LLC and                 )
PRINCE LAW FIRM, LLC                )
                                    )
     Respondents.                   )
```

**CONSENT ORDER GRANTING RELIEF**
**(The Burger Law Firm, LLC)**

This matter came before the Court upon the U.S. Trustee's Motion For Review of Attorneys' Fees (the "Motion"). It appearing to the Court that due notice was given, good cause exists to grant the relief sought, and all necessary parties have consented, it is hereby ORDERED as follows:

1. The Motion is hereby GRANTED with the terms stated below.

---

Robert B. Van Arsdale, AUST (Va. Bar No. 17483)
Shannon Pecoraro, Esq. (Va. Bar No. 46864)
Office of the United States Trustee
701 East Broad Street - Suite 4304
Richmond, VA 23219
Telephone (804) 771-2310
Facsimile (804) 771-2330

2. Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

3. The Burger Law Firm, LLC refunded the above-captioned debtors the sum of $150.00 (the "Refund") on or about March 23, 2016.

4. The Refund check has been cashed, and The Burger Law Firm, LLC has provided a copy of the front and back of the Refund check to the Office of the U.S. Trustee.

5. The Burger Law Firm, LLC agrees that its attorneys will meet in person with clients prior to filing bankruptcy cases on their behalf and will secure original signatures on petitions and schedules prior to filing said documents in any Bankruptcy Court in the Eastern District of Virginia.

6. Upon entry, pursuant to Bankruptcy Rules 4006 and 2002(f), the Clerk is directed to send a copy of this Order to all parties on the service list attached hereto.

Entered: May 9 2016

/s/ Keith L. Phillips
KEITH L. PHILLIPS
UNITED STATES BANKRUPTCY JUDGE

Entered on Docket: May 10 2016

I ask for this:

/s/ Shannon Pecoraro
Shannon Pecoraro, Esq. (VSB #46864)
Office of the United States Trustee
701 E. Broad Street, Suite 4304
Richmond, VA 23219
Telephone (804) 771-2310
Facsimile (804) 771-2330

Seen and agreed:

/s/ Ashley G. Moss (via email dated 4/25/16)
Ashley G. Moss, Esq.
Vandeventer Black, LLP
707 E. Main Street, # 1700
Richmond, VA 23218
Counsel for The Burger Law Firm

**CERTIFICATION**

I hereby certify that, pursuant to Local Rule 9022-1, the foregoing proposed Order Approving Settlement With The Burger Law Firm, LLC has been served on or endorsed by all necessary parties.

/s/ Shannon Pecoraro
Shannon Pecoraro, Esq.
Office of the United States Trustee
701 E. Broad Street, Suite 4304
Richmond, VA 23219
Telephone (804) 771-2310
Facsimile (804) 771-2330

## SERVICE LIST

Shannon Pecoraro
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

Ashley G. Moss, Esq.
Vandeventer Black, LLP
707 E. Main Street, # 1700
Richmond, VA 23218

The Burger Law Firm, LLC
1483 Chain Bridge Road
Suite 103
McLean, VA 22101

Lori Katherine Hammond
William Michael Hammond
2261 Germanni Highway
Locus Grove, VA  22508