UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 7 |
| LORI KATHERINE HAMMOND & ) | Case Number 15-33894-KLP |
| WILLIAM MICHAEL HAMMOND, ) | |
| ) | |
|    Debtors. ) | |
| ) | |
| JUDY A. ROBBINS, United States ) | |
|      Trustee for Region Four ) | |
| ) | |
|    Movant, ) | |
| ) | |
| v. ) | |
| ) | |
| RACHAEL HAMMER, ) | |
| THE BURGER LAW FIRM, LLC ) | |
| PRINCE LAW, LLC and ) | |
| PRINCE LAW FIRM, LLC ) | |
| ) | |
|    Respondents. ) | |

**SECOND ORDER TO SHOW CAUSE**
**(Prince Law, LLC & Prince Law Firm, LLC only)**

This matter came before the Court upon the U.S. Trustee's Motion For Review of Attorneys' Fees (the "Motion"). At the hearing on the U.S. Trustee's Motion held on March 23, 2016, the U.S. Trustee represented to the Court that Prince Law, LLC and Prince Law Firm, LLC failed to respond to the Motion or to appear at the hearing, At the hearing, the U.S. Trustee presented an oral motion requesting that the Court issue a Show Cause directing that a

---

Robert B. Van Arsdale, AUST (Va. Bar No. 17483)
Shannon Pecoraro, Esq. (Va. Bar No. 46864)
Office of the United States Trustee
701 East Broad Street - Suite 4304
Richmond, VA 23219
Telephone (804) 771-2310
Facsimile (804) 771-2330

representative of Prince Law, LLC and Prince Law Firm, LLC appear and show cause before this Court.  Hearing on the Show Cause was held on June 1, 2016, at which time the Office of the United States Trustee appeared, but no one appeared on behalf of Price Law, LLC and Prince Law Firm, LLC, despite it appearing that proper service was effected.  Deeming it appropriate to take further steps to ensure that Prince Law, LLC and Prince Law Firm, LLC have received notice of this proceeding and it appearing to the Court that good cause exists, it is hereby:

ORDERED that David Prince and/or Jason Searns and/or a representative of Prince Law, LLC and Prince Law Firm, LLC personally appear before this Court on **August 10, 2016 at 2:00 p.m.** at the **United States Bankruptcy Court, 701 East Broad Street, Courtroom 5100, Richmond, Virginia 23219**, to show cause, if any they can, why they should not be sanctioned for the following:  (1) filing a petition and schedules without proper verification or authorization; (2) filing a petition and schedules without personally meeting with the debtors to verify their accuracy, (3) filing an inaccurate and misleading Rule 2016 disclosure in the debtors' case, and (4) misrepresentations about the conduct of their cases.

IT IS FURTHER ORDERED THAT David Prince and/or Jason Searns and/or a representative of Prince Law, LLC and Prince Law Firm, LLC shall also appear and show cause as to why they should not be held accountable for the actions taken by Rachael Hammer and The Burger Law Firm in connection with the debtors' case.

IT IS FURTHER ORDERED THAT David Prince and/or Jason Searns and/or a representative of Prince Law, LLC and Prince Law Firm, LLC shall also be expected to explain to the Court the scope and nature of their representation of clients in the United States Bankruptcy Court for the Eastern District of Virginia, as well as the scope and nature of their legal assistants'

activities in connection with cases before this Court, and to show cause why they should not be sanctioned for permitting legal assistants or other unlicensed individuals to practice law in connection with cases before this Court.

IT IS FURTHER ORDERED THAT David Prince and/or Jason Searns and/or a representative of Prince Law, LLC and Prince Law Firm, LLC shall appear and show cause why they should not be required to disgorge attorney's fees charged by them to the debtors.

IT IS FURTHER requested that the appropriate United States Marshal effect service of this order on the following parties at the addresses below or wherever they may be found, and to provide evidence of return of service to the Clerk of this Court.

>Prince Law Firm, LLC and Prince Law, LLC
>Jason Edward Searns, Esq.
>7800 Peters Road, Suite C200
>Plantation, FL 33324

>Prince Law Firm, LLC and Prince Law, LLC
>David L. Prince, Manager
>7800 Peters Road, Suite C200
>Plantation, FL 33324

>Prince Law Firm, LLC
>Filings, Inc., Registered Agent
>3732 N.W. 16th Street
>Ft. Lauderdale, FL 33311

>Prince Law, LLC
>Michael J. Trevelline, Registered Agent
>1823 Jefferson Place NW
>Washington, DC 20036

>Prince Law, LLC
>Michael J. Trevelline, Registered Agent
>1352 Newton St. NE
>Washington, DC 20017

The Clerk is directed to provide certified service copies of this Order to the United States Marshal Service in Richmond Virginia.

Upon entry, pursuant to Bankruptcy Rules 4006 and 2002(f), the Clerk is directed to send a copy of this Order to all parties on the service list attached hereto.

Entered: Jun 23 2016

/s/ Keith L. Phillips
UNITED STATES BANKRUPTCY JUDGE

Entered on Docket: Jun 24 2016

I ask for this:

/s/ Shannon Pecoraro
Shannon Pecoraro, Esq. (VSB #46864)
Office of the United States Trustee
701 E. Broad Street, Suite 4304
Richmond, VA 23219
Telephone (804) 771-2310
Facsimile (804) 771-2330

**CERTIFICATION**

I hereby certify that, pursuant to Local Rule 9022-1, the foregoing Order has been served on or endorsed by all necessary parties.

/s/ Shannon Pecoraro
Shannon Pecoraro, Esq.
Office of the United States Trustee
701 E. Broad Street, Suite 4304
Richmond, VA 23219
Telephone (804) 771-2310
Facsimile (804) 771-2330

# SERVICE LIST

Shannon Pecoraro
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

Lori Katherine Hammond
William Michael Hammond
2261 Germanni Highway
Locus Grove, VA  22508

Prince Law Firm, LLC
Jason Edward Searns, Esq.
7800 Peters Road, Suite C200
Plantation, FL 33324

Prince Law Firm, LLC
David L. Prince, Manager
7800 Peters Road, Suite C200
Plantation, FL 33324

Prince Law Firm, LLC
Filings, Inc., Registered Agent
3732 N.W. 16th Street
Ft. Lauderdale, FL 33311

Prince Law, LLC
Jason Edward Searns, Esq.
7800 Peters Road, Suite C-200
Plantation, FL 33324

Prince Law, LLC
David L. Prince
7800 Peters Road, Suite C-200
Plantation, FL 33324

Prince Law, LLC
Michael J. Trevelline, Registered Agent
1823 Jefferson Place NW
Washington, DC 20036

Prince Law, LLC
Michael J. Trevelline, Registered Agent
1352 Newton St. NE
Washington, DC 20017